IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TOMMIE STATEWRIGHT, PLAINTIFF
ADC # 510610

v.  2:22CV00222-DPM-JTK

ARKANSAS COUNTY DETENTION
CENTER, et al. DEFENDANTS

## ORDER

Having reviewed Tommie Statewright's ("Plaintiff") Complaint, as amended (Doc. No. 1, 4) for screening purposes,[1] the Court concludes service of Plaintiff's claims against Defendants Clayton Evens, Tyran McCradie, Dean Mannis, Graylon Sanders, Benny Gonzalez, and Thomas Frazier is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Clayton Evens, Tyran McCradie, Dean Mannis, Graylon Sanders, Benny Gonzalez, and Thomas Frazier.  The United States Marshal shall serve a copy of the Complaint (Doc. Nos. 1, 4), Summons, and this Order on each of these Defendants without prepayment of fees and costs or security therefore.  Service should be attempted through the Arkansas County Detention Center, 1000 Ricebelt Avenue, DeWitt, AR 72042.

Dated this 14th day of February, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.  28 U.S.C. § 1915A(a).