IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TOMMIE STATEWRIGHT
ADC #510610                                                              PLAINTIFF

v.                    No. 2:22-cv-222-DPM-JTK

ARKANSAS COUNTY DETENTION
CENTER;  ARKANSAS DEPARTMENT
OF CORRECTIONS;  CLAYTON EVENS,
Maintenance, Arkansas County Detention
Center;  TYRAN MCCRADIC, Jail
Administrator, Arkansas County
Detention Center;  DEAN MANNIS,
Sheriff, Arkansas County Detention
Center;  GRAYLON SANDERS, Shift
Supervisor, Arkansas County Detention
Center;  BENNY GONZALEZ, Jailer,
Arkansas County Detention Center;  and
THOMAS FRAZIER, Jailer, Arkansas
County Detention Center                                                  DEFENDANTS

ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 10*.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  The Arkansas County Detention Center and Arkansas Department of Corrections are dismissed as defendants without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>14 April 2023</u>