IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TOMMIE STATEWRIGHT**  PLAINTIFF
ADC #510610

v.   No. 2:22-cv-222-DPM-JTK

CLAYTON EVENS, Maintenance,
Arkansas County Detention Center;
TYRAN MCCRADIC, Jail
Administrator, Arkansas County
Detention Center; DEAN MANNIS,
Sheriff, Arkansas County Detention
Center; GRAYLON SANDERS, Shift
Supervisor, Arkansas County Detention
Center; BENNY GONZALEZ, Jailer,
Arkansas County Detention Center; and
THOMAS FRAZIER, Jailer, Arkansas
County Detention Center  DEFENDANTS

ORDER

Motion, *Doc. 46*, granted. The deadline to file dispositive motions is stayed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 February 2024