IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TOMMIE STATEWRIGHT
ADC #510610                                                                                              PLAINTIFF

v.                              No. 2:22-cv-222-DPM

CLAYTON EVENS, Maintenance,
Arkansas County Detention Center;
TYRAN MCCRADIC, Jail
Administrator, Arkansas County
Detention Center; DEAN MANNIS,
Sheriff, Arkansas County Detention
Center; GRAYLON SANDERS, Shift
Supervisor, Arkansas County Detention
Center; BENNY GONZALEZ, Jailer,
Arkansas County Detention Center; and
THOMAS FRAZIER, Jailer, Arkansas
County Detention Center                                                              DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 45*, adopted as modified. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Statewright's amended complaint will be dismissed without prejudice.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 February 2024