IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TOMMIE STATEWRIGHT
ADC #510610                                                          PLAINTIFF

v.                       No. 2:22-cv-222-DPM

ARKANSAS COUNTY DETENTION
CENTER; ARKANSAS DEPARTMENT
OF CORRECTIONS; CLAYTON EVENS,
Maintenance, Arkansas County Detention
Center; TYRAN MCCRADIC, Jail
Administrator, Arkansas County
Detention Center; DEAN MANNIS,
Sheriff, Arkansas County Detention
Center; GRAYLON SANDERS, Shift
Supervisor, Arkansas County Detention
Center; BENNY GONZALEZ, Jailer,
Arkansas County Detention Center; and
THOMAS FRAZIER, Jailer, Arkansas
County Detention Center                                              DEFENDANTS

JUDGMENT

Statewright's amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 February 2024